# Court of Appeals
## Tenth Appellate District of Texas

---

10-26-00214-CV

---

In re Eric Ramirez

---

Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is dismissed as moot.

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: June 4, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Motion dismissed
OT06

